**WHITEHEAD et al. v. KING et al.**

No. 11503—Opinion Filed July 3, 1923.

**Appeal and Error—Dismissal on Motion of Plaintiff in Error.**

Where the plaintiff in error has lodged his appeal in this court, and no cross-petition has been filed by the defendants in error seeking affirmative relief, the cause will be dismissed on motion of the plaintiffs in error.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Haskell County; W. H. Brown, Judge.

Action by Rachel King et al. against J. E. Whitehead et al. for possession of real estate. Judgment for plaintiffs, and defendants bring error. Dismissed on motion of plaintiffs in error.

J. E. Whitehead, for plaintiffs in error.

Holley & Means, for defendants in error.

Opinion by STEPHENSON, C. The plaintiffs commenced their action in the district court of Haskell county for possession of real estate described in the petition, asserting to be the heirs of the allottee. In the trial of the cause, judgment was rendered in part for plaintiffs and in part for defendants. This cause has been regularly assigned and submitted. The plaintiffs in error have filed their motion for dismissal of the appeal. The defendants in error are not seeking relief by cross-petition in the action.

It is therefore recommended that the cause be dismissed.

By the Court: It is so ordered.